THE HONORABLE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMBER NOLLKAMPER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SHIN-ETSU HANDOTAI AMERICA, INC.,<br>a foreign corporation, dba SEH America, Inc.,<br><br>Defendant. | Case No. 3:21-cv-05055-BHS<br><br>STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties hereby stipulate that the plaintiffs' claims are hereby dismissed with prejudice. The parties will bear their own attorneys' fees and costs.

/ / /

STIPULATED MOTION FOR DISMISSAL WITH
PREJUDICE- 1
Case No. 3:21-cv-05055-BHS

PDX\106009\261849\MTG\31064700.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206.622.1711

Based on such stipulation, it is **ORDERED** that this case is dismissed with prejudice and without costs or attorney fees to either party.

Dated this 28th day of June, 2021.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

IT IS SO STIPULATED:

SCHWABE, WILLIAMSON & WYATT P.C.

By: s/ Michael T. Garone
Of Attorneys for Defendant
Shin-Etsu Hanodtai America Inc.

SCHUCK LAW LLC

By: s/ Leslie Baze
Of Attorney for Plaintiff Amber Nollkamper

STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE- 2
Case No. 3:21-cv-05055-BHS
PDX\106009\261849\MTG\31064700.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206.622.1711